█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GARY BALLINGER, Appellant, v WALTER B. KELLY, as Superintendent of Attica Correctional Facility, Respondent. [649 NYS2d 875] —Judgment unanimously affirmed without costs. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Habeas Corpus.) Present—Denman, P. J., Lawton, Callahan, Balio and Boehm, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BROWN, Appellant. [649 NYS2d 875] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, McCarthy, J.—Attempted Reckless Endangerment, 1st Degree.) Present—Denman, P. J., Lawton, Callahan, Balio and Boehm, JJ.